11 So.2d 164

**ALABAMA GREAT SOUTHERN R. CO. v.**
**Jessie CLARY, Admrx.**

6 Div. 977.

Supreme Court of Alabama.

Oct. 21, 1942.

Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellant.

Wright & McFarland, of Tuscaloosa, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

11 So.2d 164

**ALABAMA GREAT SOUTHERN R. CO. v.**
**James D. HUCKABY.**

6 Div. 31.

Supreme Court of Alabama.

Oct. 30, 1942.

PER CURIAM.

Appeal dismissed, motion of appellant.

8 So.2d 895

**ALABAMA STATE MILK CONTROL**
**BOARD v. HOMEWOOD DAIRY**
**PRODUCTS CO.**

6 Div. 8.

Supreme Court of Alabama.

May 26, 1942.

Chas. Aycock, of Birmingham, for appellant.

Walter S. Smith and Rosenthal & Rosenthal, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

8 So.2d 895

**Ex parte AMERICAN LIFE INSURANCE**
**CO.**

7 Div. 718.

Supreme Court of Alabama.

June 17, 1942.

Hugh A. Locke, of Birmingham, and Scruggs & Creel, of Guntersville, for petitioner.

PER CURIAM.

Rule nisi denied; petition dismissed.

THOMAS, BOULDIN, BROWN, FOSTER, and LIVINGSTON, JJ., concur.